IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 18-CR-30125-SMY |
| FRED E. DUCK, III, ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Laura V. Reppert, Assistant United States Attorney for said District, herewith enter into the following Stipulation of Facts with Defendant:

In November of 2016, the National Center for Missing and Exploited Children generated a CyberTip stating that Dropbox, Inc. reported one of its users uploaded 103 suspected child pornography files. The account holder's username was Fred Duck with an email address of fduck11@gmail.com. An administrative subpoena was sent to Google in regards to the fduck11 email address, and the email address was in the name Fred Duck with a phone number of (618) xxx-1615. An administrative subpoena to that cell phone's carrier, AT&T Wireless, showed that the financially responsible party was Defendant's mother-in-law and the billing address was 596 Levin Drive, Cahokia, IL 62206. A check of the Village of Cahokia's occupancy permits showed that Defendant lived at 596 Levin Drive.

In the course of the investigation, search warrants were obtained for the Dropbox account and 596 Levin Drive in Cahokia. Special Agent Tyrone Forte reviewed the contents of the Dropbox account associated with the fduck11 email address and located in excess of 550 video and image files containing child pornography. As a result of the search warrant at 596 Levin Drive, Special Agent Tyrone Forte seized and search Defendant's cell phone. S/A Forte also interviewed Defendant, who admitted that the

fduck11@gmail.com email address was his and that the Dropbox account associated with that email address was his. Defendant gave consent to S/A Forte to search his Google account. S/A Forte located numerous video and image files containing child pornography in the Google Photos application, including the video file "d6169239-831b-4fdc-8fd5-04bc4d2ae9ef.mp4" which depicts a female child, approximately 5 years old, being penetrated vaginally by an adult male.

This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not necessarily an exhaustive account of the incident or investigation.

FRED E. DUCK, III
Defendant

G. ETHAN SKAGGS
Attorney for Defendant

Date: 8/13/19

UNITED STATES OF AMERICA,

STEVEN D. WEINHOEFT
United States Attorney

LAURA V. REPPERT
Assistant United States Attorney

Date: 8/13/19

2